**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **TIMOTHY DAVIS** | : | **Case No. 2:17-cv-00823** |
| | : | |
| **Plaintiff,** | : | **Judge Algenon L. Marbley** |
| v. | : | |
| | : | |
| **CITY OF COLUMBUS, et al.** | : | **MOTION TO WITHDRAW AS** |
| | : | **COUNSEL** |
| **Defendants.** | : | |

Pursuant to Southern District of Ohio L.R. 83.4, and with the consent of Plaintiff,

Timothy Davis, all the undersigned move to withdraw as counsel for the Plaintiff who has

retained Lori Brown Johnson, Alphonse A. Gerhardstein and Janaya Trotter Bratton to represent

him in this matter.

I consent to the substitution of Counsel:

*davis timothy*
Timothy Davis, Plaintiff

Respectfully submitted,

| | |
|---|---|
| Carlton Odim<br>Andrew M. Stroth<br>Action Injury Law Group, LLC<br>191 N. Wacker Drive, Suite 2300<br>Chicago, Illinois 60606<br>(312) 771-2444<br>carlton@actioninjurylawgroup.com<br>astroth@actioninjurylawgroup.com | s/ Terry H. Gilbert<br>Terry H. Gilbert (0021948)<br>Jacqueline C. Greene (0092733)<br>Sarah Gelsomino (0084340)<br>FRIEDMAN AND GILBERT<br>55 Public Square, Suite 1055<br>Cleveland, Ohio 44113<br>t: (216) 241-1430<br>f: (216) 621-0427<br>tgilbert@fglaw.com<br>sgelsomino@f-glaw.com<br>jgreene@f-glaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2017, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing pleading and the Notice of Electronic Filing has been served by ordinary U.S. mail upon the Plaintiff and all parties for whom counsel has not yet entered an appearance electronically.

s/ Terry H. Gilbert
Attorney for Plaintiff

2