**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **TIMOTHY DAVIS,** | : | |
| | : | CASE NO: 2:17-CV-823 |
| Plaintiff, | : | |
| | : | JUDGE: ALGENON L. MARBLEY |
| v. | : | |
| | : | |
| **CITY OF COLUMBUS ET AL.,** | : | |
| | : | **NOTICE OF MANUAL FILING** |
| Defendants. | : | |
| | : | |

Plaintiff gives notice of the manual filing of a DVD containing the video showing many of the events referenced in the Complaint. The DVD is being filed in support of Plaintiff's Complaint. This disc is being manually filed as it is not in a format suitable for electronic filing.

          Respectfully submitted,

          s/ Janaya Trotter Bratton
          Alphonse A. Gerhardstein (0032053)
          Trial Attorney for Plaintiff
          Jennifer L. Branch (0038893)
          Janaya Trotter Bratton (0084123)
          Attorneys for Plaintiff
          GERHARDSTEIN & BRANCH, CO. LPA
          441 Vine Street, Suite 3400
          Cincinnati, Ohio 45202
          (513) 621-9100
          (513) 345-5543 (Fax)
          agerhardstein@gbfirm.com
          jbranch@gbfirm.com
          jtbratton@gbfirm.com

# CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2017, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing pleading and the Notice of Electronic Filing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically.

s/ Janaya Trotter Bratton<br>
Attorney for Plaintiff