IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY DAVIS, | : | |
| | : | Case No. 2:17-cv-823 |
| Plaintiff, | : | |
| | : | CHIEF JUDGE ALGENON L. MARBLEY |
| v. | : | |
| | : | Magistrate Judge Chelsey M. Vascura |
| CITY OF COLUMBUS, OHIO, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**ORDER RESETTING SETTLEMENT CONFERENCE**

Due to a conflict with the Court's schedule, the settlement conference in this case is rescheduled for **Tuesday, November 9, 2021** at **9:30 a.m.**, under Fed. R. Civ. P. 16(a)(5) and 16(c)(2)(I), before The Honorable Algenon L. Marbley at the United States District Court, 85 Marconi Boulevard, Room 319, Columbus, Ohio 43215.

Counsel and the parties shall adhere to the following with respect to the settlement conference:

(1) The trial attorney for each party must attend the conference.

(2) The parties or principals with settlement authority shall be present. 28 U.S.C. § 473 (b)(5); Fed. R. Civ. P. 16(c)(2)(I).

(3) Lack of discovery or settlement authority will not excuse active participation in the conference.

(4) Before the conference counsel shall discuss with their clients whether this case would be appropriate for some other form of alternative dispute resolution. The Court encourages the parties to consider seriously this option, which has consistently resulted in significant savings over the cost of a full trial.

Any questions regarding the settlement conference should be addressed to the Court's Law Clerk, Sam Whipple, at (614) 719-3262.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE**

**DATED:   October 25, 2021**