UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY DAVIS, | : |
| Plaintiff, | : Case No. 2:17-cv-0823 |
| v. | : Chief Judge Algenon L. Marbley |
| CITY OF COLUMBUS, OHIO, *et al.*, | : Magistrate Judge Chelsey M. Vascura |
| Defendants. | : |

## VERDICT AND DAMAGES

1. On Plaintiff Timothy Davis's **federal civil rights** claim against Defendant **Officer Matthew Baker**, we find in favor of (check one)

   \_\_\_\_\_ Plaintiff Timothy Davis

   √ Defendant Officer Matthew Baker

2. On Plaintiff Timothy Davis's **federal civil rights** claim against Defendant **Officer Levon Morefield**, we find in favor of (check one)

   \_\_\_\_\_ Plaintiff Timothy Davis

   √ Defendant Officer Levon Morefield

3. On Plaintiff Timothy Davis's **federal civil rights** claim against Defendant **Officer Anthony Johnson**, we find in favor of (check one)

   \_\_\_\_\_ Plaintiff Timothy Davis

   √ Defendant Officer Anthony Johnson

4. On Plaintiff Timothy Davis's **federal civil rights** claim against Defendant **Officer Robert Reffitt**, we find in favor of (check one)

   \_\_\_\_\_ Plaintiff Timothy Davis

   √ Defendant Officer Robert Reffitt

5. On Plaintiff Timothy Davis's **federal civil rights** claim against Defendant **Officer Sean Connair**, we find in favor of (check one)

\_\_\_\_\_ Plaintiff Timothy Davis

✓ Defendant Officer Sean Connair

6. On Plaintiff Timothy Davis's **federal civil rights** claim against Defendant **Officer Eric Everhart**, we find in favor of (check one)

\_\_\_\_\_ Plaintiff Timothy Davis

✓ Defendant Officer Eric Everhart

7. On Plaintiff Timothy Davis's **federal civil rights** claim against Defendant **Officer Alan Bennett**, we find in favor of (check one)

\_\_\_\_\_ Plaintiff Timothy Davis

✓ Defendant Officer Alan Bennett

8. On Plaintiff Timothy Davis's **federal civil rights** claim against Defendant **Officer Ryan Steele**, we find in favor of (check one)

\_\_\_\_\_ Plaintiff Timothy Davis

✓ Defendant Officer Ryan Steele

9. On Plaintiff Timothy Davis's **federal civil rights** claim against Defendant **City of Columbus**, we find in favor of (check one)

\_\_\_\_\_ Plaintiff Timothy Davis

✓ Defendant City of Columbus

10. On Plaintiff Timothy Davis's **state assault and battery** claim against Defendant **Officer Matthew Baker**, we find in favor of (check one)

\_\_\_\_\_ Plaintiff Timothy Davis

✓ Defendant Officer Matthew Baker

11. On Plaintiff Timothy Davis's **state assault and battery** claim against Defendant **Officer Levon Morefield**, we find in favor of (check one)

_____ Plaintiff Timothy Davis

✓ Defendant Officer Levon Morefield

12. On Plaintiff Timothy Davis's **state assault and battery** claim against Defendant **Officer Anthony Johnson**, we find in favor of (check one)

_____ Plaintiff Timothy Davis

✓ Defendant Officer Anthony Johnson

13. On Plaintiff Timothy Davis's **state assault and battery** claim against Defendant **Officer Robert Reffitt**, we find in favor of (check one)

_____ Plaintiff Timothy Davis

✓ Defendant Officer Robert Reffitt

14. On Plaintiff Timothy Davis's **state assault and battery** claim against Defendant **Officer Sean Connair**, we find in favor of (check one)

_____ Plaintiff Timothy Davis

✓ Defendant Officer Sean Connair

15. On Plaintiff Timothy Davis's **state assault and battery** claim against Defendant **Officer Eric Everhart**, we find in favor of (check one)

_____ Plaintiff Timothy Davis

✓ Defendant Officer Eric Everhart

16. On Plaintiff Timothy Davis's **state assault and battery claim** against Defendant **Officer Alan Bennett**, we find in favor of (check one)

_____ Plaintiff Timothy Davis

✓ Defendant Officer Alan Bennett

17. On Plaintiff Timothy Davis's **state assault and battery** claim against Defendant **Officer Ryan Steele**, we find in favor of (check one)

\_\_\_\_\_ Plaintiff Timothy Davis

✓ Defendant Officer Ryan Steele

*Complete the remaining questions only if at least one of the above findings is in favor of Plaintiff Timothy Davis:*

We find Plaintiff's **compensatory damages** to be:

$ _____ [*state the amount, if any, of compensatory damages you assess*].

You may not award punitive damages against any Defendant Police Officer unless you have first found against that Defendant and awarded Plaintiff Davis actual damages. You may not award punitive damages against Defendant City of Columbus.

We assess **punitive damages** in the amount of:

$ _____ [*state the amount, if any, of punitive damages you assess*].

These **punitive damages** are assessed against the following Defendants:

_____ [*state which Defendants, if any, you assess punitive damages against*].

51

We the jury so render our verdict upon the concurrence of those members who have signed below. All jurors must agree. Each juror concurring in this verdict signs his/her name hereto.

SIGNED THIS __22__ DAY OF __December__, 2021