## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 17, 2022

Ms. Alexandra Pickerill
Columbus City Attorney's Office
77 N. Front Street
Fourth Floor
Columbus, OH 43215

Re: Case No. 22-3873, *Timothy Davis v. City of Columbus, OH, et al*
Originating Case No. 2:17-cv-00823

Dear Counsel,

    This appeal has been docketed as case number **22-3873** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court.

    Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.

    Below is a list of requirements for appellant and appellee. Forms should be downloaded from the web site and filed with the Clerk's office by **October 31, 2022**. If the appellate filing fee has not been paid, it must be paid by that date as well.

        Appellant: Appearance of Counsel
                      Application for Admission to 6th Circuit Bar (if applicable)

        Appellee: Appearance of Counsel
                      Application for Admission to 6th Circuit Bar (if applicable)

**Transcript:** Appellant counsel must make an initial electronic filing entry, either ordering transcript or certifying transcript will not be ordered, by **October 31, 2022**. *See FRAP 10(b)(1)*. For further information regarding the available options and instructions, visit the court's website. Please note the district court may require additional filings or forms to complete

the transcript order.  If the electronic filing is not made by this deadline, a briefing schedule will issue.

    Should you have any questions regarding these requirements, please do not hesitate to contact the Clerk's Office.

                  Sincerely yours,

                  s/Virginia Lee Padgett
                  Case Manager
                  Direct Dial No. 513-564-7032

cc:  Ms. Rebecca P. Salley

Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 22-3873

TIMOTHY DAVIS

        Plaintiff - Appellee

v.

CITY OF COLUMBUS, OH; MATTHEW BAKER, Individually and in his official capacity as a police officer of the City of Columbus, OH; LEVON MOREFILED, Individually and in his official capacity as a police officer of the City of Columbus, OH; ANTHONY JOHNSON, Individually and in his official capacity as a police officer of the City of Columbus, OH; ROBERT REFFITT, Individually and in his official capacity as a police officer of the City of Columbus, OH; SEAN CONNAIR, Individually and in his official capacity as a police officer of the City of Columbus, OH; ERIC EVERHART, Individually and in his official capacity as a police officer of the City of Columbus, OH; ALAN BENNETT, Individually and in his official capacity as a police officer of the City of Columbus, OH; RYAN STEELE, Individually and in his official capacity as a police officer of the City of Columbus, OH

        Defendants - Appellants