Case No. 22-3873

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

TIMOTHY DAVIS

    Plaintiff - Appellee

v.

CITY OF COLUMBUS, OH; MATTHEW BAKER, Individually and in his official capacity as a police officer of the City of Columbus, OH; LEVON MOREFIELD, Individually and in his official capacity as a police officer of the City of Columbus, OH; ANTHONY JOHNSON, Individually and in his official capacity as a police officer of the City of Columbus, OH; ROBERT REFFITT, Individually and in his official capacity as a police officer of the City of Columbus, OH; SEAN CONNAIR, Individually and in his official capacity as a police officer of the City of Columbus, OH; ERIC EVERHART, Individually and in his official capacity as a police officer of the City of Columbus, OH; ALAN BENNETT, Individually and in his official capacity as a police officer of the City of Columbus, OH; RYAN STEELE, Individually and in his official capacity as a police officer of the City of Columbus, OH

    Defendants - Appellants

Upon consideration of the appellants' motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

                                       **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued:  December 30, 2022